143 LYON (Executor) vs. CIRCUIT JUDGE (Berrien), No. 14135.

To vacate order allowing an appeal from the probate of a will. Denied April 27, 1894, with costs.

The petition for leave was filed on behalf of a minor heir, residing in Nebraska, by his guardian, appointed since the probate of the will, and alleged, amongst other things, that neither the minor nor his parents had any knowledge or notice of the

proceedings to probate the will or of its probate until too late to appeal.

Upon the motion to set aside the order, the only point made was as to the sufficiency of the petition and its verifications, the jurat setting forth that "the same is true to the best of his knowledge, in formation and belief."